UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARJORIE SNEED-OWENS,

        Plaintiff,

-against-

NYU LANGONE HEALTH SYSTEM,

        Defendant.

21 Civ. 3634 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Defendant filed a motion to dismiss on July 22, 2021. Plaintiff has not responded to the motion to date.

    Plaintiff shall respond to the motion to dismiss no later than September 30, 2021. Failure to respond by that day may result in the Court's granting the motion by default or dismissal of the action for failure to prosecute.

    The Clerk of Court is directed to mail a copy of this order to the Plaintiff.

**SO ORDERED.**

Dated:    New York, New York
           September 27, 2021

                              *Loretta A. Preska*
                              LORETTA A. PRESKA
                              Senior United States District Judge