UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARJORIE SNEED-OWENS,<br><br>                    Plaintiff,<br><br>-against-<br><br>NYU LANGONE HEALTH SYSTEM,<br><br>                    Defendant. | 21 Civ. 3634 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    By order dated September 27, 2021, the Court ordered Plaintiff to respond to Defendant's motion to dismiss by no later than September 30, 2021.  The Court directed the Clerk of Court to mail a copy of that order to Plaintiff.

    The Clerk of Court since has informed chambers that Plaintiff never apprised the Clerk (or the Court) of her mailing address, despite the Court's reminder to Plaintiff of her obligation "to keep the Court updated on her contact information and to monitor the docket in this case."  (Dkt. no. 11.)

    Plaintiff's time to respond is extended to October 15, 2021 Plaintiff is reminded that her failure to respond by October 15, 2021 may result in dismissal of this action.

    Defendant is directed to communicate to Plaintiff this order and the September 27th order, to the extent Defendant is aware of Plaintiff's contact information.

1

**SO ORDERED.**

Dated:   New York, New York
         September 29, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge