UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARJORIE SNEED-OWENS,

               Plaintiff,

-against-

NYU LANGONE HEALTH SYSTEM,

               Defendant.

21 Civ. 3634 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Plaintiff Marjorie Sneed-Owens filed a complaint in this action on April 23, 2021. (Dkt. No. 1.) The Complaint alleges that Defendant NYU Langone Health System violated the Family Medical Leave Act's retaliation provision (29 U.S.C. § 2615(a)(2)); the Rehabilitation Act (29 U.S.C. § 701 et seq.); and the New York State Human Rights Law's disability discrimination provision (N.Y.S. H.R.L § 296). Although Plaintiff was represented by counsel at the time the Complaint was filed, counsel subsequently withdrew from the case, and Plaintiff now proceeds pro se. Plaintiff never apprised the Clerk (or the Court) of her mailing address, despite the Court's reminder to Plaintiff of her obligation "to keep the Court updated on her contact information and to monitor the docket in this case." (See Dkt. No. 11.)

1

On July 21, 2021, Defendant moved to dismiss the Complaint for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (Dkt. No. 13.)

By order dated September 27, 2021, the Court ordered Plaintiff to respond to Defendant's motion to dismiss by no later than September 30, 2021. The Clerk of Court was directed to mail a copy of this order to the Plaintiff. (Dkt. No. 16.)

By order dated September 29, 2021, upon learning that Plaintiff had failed to provide the Court with contact information, the Court extended the time to respond to Defendant's motion to dismiss to October 15, 2021 and directed Defendant to communicate to Plaintiff the September 27 and September 29 orders "to the extent Defendant is aware of Plaintiff's contact information". (Dkt. No. 17.)

On September 30, 2021, Defendant provided to the Court a copy of the letter sent to Plaintiff, enclosing the September 27 and September 29 orders. (Dkt. No. 18.) To date, no opposition has been filed and there has been no other recent activity in this case.

Accordingly, it is hereby ordered that this case is dismissed without prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. All pending motions are denied as moot.

The Clerk of Court is directed to mail a copy of this order to Plaintiff at her last known address:

    233 Randall Avenue
    Elmont, NY 11003

**SO ORDERED.**

Dated:     November 10, 2021
           New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge